# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

JOSHUA ALLEN SILVERMAN, )
)
    Plaintiff, )
)
-vs- ) Case No. CIV-15-1093-F
)
PRISONER TRANSPORTATION )
SERVICES OF AMERICA, LLC (PTS), )
et al., )
)
    Defendants. )

## ORDER

Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (doc. no. 52), recommending dismissal of defendants Blythe and Victory, without prejudice, for lack of service.

The Report and Recommendation advises than any objection was due by December 29, 2016, and that failure to object waives the right to review of both the factual and legal issues contained in the Report and Recommendation. No objection to the Report and Recommendation has been filed, and plaintiff has not sought an extension of time within which to object.

After review, the Report and Recommendation of Magistrate Judge Mitchell is **ADOPTED**, **ACCEPTED** and **AFFIRMED**. Defendants Blythe and Victory are **DISMISSED** from this action, without prejudice, for lack of service. This action remains referred to the Magistrate Judge.

Dated this 13th day of January, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-1093p007.wpd